UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JOHN BAL, in the capacity as a Democratic candidate
for the New York State Assembly,

                                Plaintiff,

               -   against -

MANHATTAN DEMOCRATIC PARTY, KEITH
WRIGHT, personally and in the capacity of County
Leader, NEW YORK COUNTY DEMOCRATIC
COMMITTEE, CATHLEEN McCADDEN, personally
And in the capacity of Executive Director, and
NEW YORK STATE BOARD OF ELECTIONS,

                                 Defendants.
------------------------------------------------------------------------X

16:CV:2416

<u>VERIFIED ANSWER</u>

      **PLEASE TAKE NOTICE** that the New York County Democratic Committee, also named herein as the Manhattan Democratic Party ("Defendant") hereby appears in the above captioned action by **BEDFORD SOUMAS LLP**, with offices located at 112 Madison Avenue, 8th floor, New York, NY 10016, and demands that all further papers in this action be served upon said attorneys at said address.

      **PLEASE TAKE FURTHER NOTICE,** that as and for an answer to the allegations by Plaintiff in the above captioned complaint herein, Defendant respectfully alleges, upon information and belief, as follows:

      1.     Defendant denies, in whole or in part, those allegations set forth in paragraphs: 5, 6, 7, 8, 9, 10, 12, 14, 15, 16, 17, 21, 22, 23, 24, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 41, 43, 44, 45, 46, 48, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, and 67 of the complaint.

      2.     Defendant denies having sufficient knowledge, or it would be improper for Defendant, to either admit or deny those allegations set forth in paragraphs: 1, 2, 11, 13, 18, 19, 20, 25, 26, 37, 38, 39, 40, 42, 47, 49, 51, 52, 53, 54, 55, and 56 of the complaint.

      3.     Defendant admits those allegations set forth in paragraphs: 3, 4, and 50 of the complaint.

      4.     Defendant admits the allegation set forth in Paragraph 15 that Keith Wright is the County Leader for the New York County Democratic Committee.

5.      Defendant admits the allegation set forth in Paragraph 17 that Cathleen McCadden is the Executive Director of the New York County Democratic Committee.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

6.      As a First and Separate Affirmative Defense, this answering Defendant alleges that the Complaint fails to state facts sufficient to state a claim against this answering Defendant and fails to set forth a proper cause of action upon which relief may be granted.

7.      Therefore, the complaint must be dismissed.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

8.      As a Second and Separate Affirmative Defense, this answering Defendant alleges that the Complaint fails to state facts sufficient to establish this Court's subject matter jurisdiction.

9.      Therefore, the complaint must be dismissed.

**WHEREFORE,** Defendant respectfully requests the dismissal of the complaint herein in its entirety, in addition to such other and further relief, in Defendant's favor, as the Court may deem just and proper under the circumstances.

Dated: New York, New York
       August 15, 2016

Respectfully submitted,

BEDFORD SOUMAS LLP

By: _____
       Gregory C. Soumas, Esq.
       Attorneys for Defendant New York County
       Democratic Committee
       112 Madison Avenue, 8th floor
       New York, NY 10016
       Tel. (212) 257-5842

**VERIFICATION**

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF NEW YORK )

CATHLEEN McCADDEN, being duly sworn, deposes and says that she is the Executive Director of the New York County Democratic Committee, one of the Defendants herein; that she has read the foregoing Answer and knows the contents thereof; that the same are true to her own knowledge, except as to those matters therein stated to be alleged on information and belief, and that as to those matters she believes them to be true. The source of deponent's information and belief are oral statements, books and records maintained by Defendant, and such materials contained in Defendant's files.

CATHLEEN McCADDEN

Sworn to before me this
5 day of August, 2016

NOTARY PUBLIC

DEVON JAMAAL ARTIS
NOTARY PUBLIC
REG. #7606453
MY COMMISSION
EXPIRES
10/31/18
COMMONWEALTH OF VIRGINIA