Accordingly, I request Your Honor to direct Defendants to comply with the Order. If Defendants do not comply with the Order within a time period set by the Court, I will be forced to request sanctions against Defendants for willful failure to comply with Court orders.

Respectfully submitted,

*/s/ John Bai*

JB/