**K&L GATES**

May 30, 2018

Dora P. Georgescu
dora.georgescu@klgates.com

T +1 212 536 3997
F +1 212 536 3901

**By ECF**

Honorable Debra Freeman
Chief U.S. Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Bal v. Manhattan Democratic Party, et al.*, 16-CV-02416 (PKC)(DF)

Dear Judge Freeman,

I write to notify the Court that, as of April 26, 2018, depositions in the above referenced matter have been concluded. Accordingly, K&L Gates, who was retained by Plaintiff for the limited purpose of providing *pro bono* representation to him with regard to depositions, ended its limited scope representation on May 25, 2018.

Pursuant to Local Rule 1.4, I respectfully request that the Court withdraw my appearance on behalf of Plaintiff.

Respectfully,

Dora P. Georgescu

SO ORDERED:

_____
Hon. Debra Freeman
United States Magistrate Judge

cc: Counsel of Record (By ECF)

K&L GATES LLP
599 LEXINGTON AVENUE   NEW YORK   NY 10022-6030
T +1 212 536 3900  F +1 212 536 3901  klgates.com

klgates.com