# John Bal
85 Kenmare Street #35
New York, New York 10012
(212) 966-7576
nycjohn123@msn.com

June 5, 2018

Honorable Debra C. Freeman
United States District Courthouse
500 Pearl Street
New York, NY 10007

      Re: *Bal v. Manhattan Democratic Party, et al.*
           Docket No. 16 Civ. 02416 (PKC)(DCF)

Honorable Freeman:

    I am the Plaintiff *pro se* in the above matter. Your Honor's order of May 24, 2018 (Order) directed Defendants to submit supplemental discovery responses and for the parties to submit a joint submission to the Court to confirm that discovery is complete and to inform the Court if the parties believe its assistance in settlement negotiations would be helpful.

    I have conferred with Defendants' attorney. The parties agree that discovery directed by the Order has been completed and the parties also agree that, at this time, the Court's kind offer to assist in settlement negotiations would not be productive.

                                                    Respectfully submitted,

                                                    John Bal, Plaintiff *pro se*

                                                    Bedford Soumas LLP
                                                    By: Gregory Soumas, Esq.
                                                    Attorney for Defendants

JB/