

**Arthur Z. Schwartz**
Principal Attorney

aschwartz@afjlaw.com

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

October 9, 2018

By ECF

Hon. P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    Bal v. Manhattan Democratic Party, *et al.*
               16 Civ. 2416 (PKC) (DCF)
               Motion for Additional Time to File Cross-Motion

Dear Judge Castel:

      Early last week the Court entered an order allowing defendants until October 8, 2018 to file their opposition to the pending Motion for Summary Judgment and any cross-motion. October 8 was a holiday, my staff was not available to assist me with my work, and I was required to be home with my family.  We are ready to file the papers today.  We ask permission of the Court to file our papers today, *nunc pro tunc*.

      The Court's courtesy is appreciated.

                                            Respectfully submitted,

                                            /s/

                                            Arthur Z. Schwartz

AZS:dr

cc:    John Bal